IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| WALTER JAMES ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-002 |
| | ) | |
| WILCOX COUNTY STATE COURT; | ) | |
| WILCOX COUNTY SHERIFF'S OFFICE; | ) | |
| and WILCOX COUNTY PROBATION | ) | |
| DIVISION, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff filed this case in the Augusta Division of the Southern District of Georgia even though all of the named defendants are located in Wilcox County, Georgia, and the events in Plaintiff's complaint allegedly occurred in Wilcox County. (See doc. no. 1.) Because Wilcox County is in the Middle District of Georgia, the proper venue is the Macon Division of the Middle District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Macon Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 5th day of January, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA